RENNE SLOAN HOLTZMAN & SAKAI, LLP
LOUISE H. RENNE (36508)
lrenne@publiclawgroup.com
INGRID M. EVANS (179094)
ievans@publiclawgroup.com
RANDY E. RIDDLE (121788)
rriddle@publiclawgroup.com
DAVID L. CHENG (240926)
dcheng@publiclawgroup.com
50 California Street, Suite 2100
San Francisco, CA  94111-4624
Telephone:  415/678-3800
415/678-3838 (fax)

Attorneys for Defendant Dorothea Bacon, by and through
Mollie M. Moroney, as Conservator of the Person and
Estate of Dorothea Bacon

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIG ANNUITY INSURANCE COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>DOROTHEA BACON, an individual, by and through MOLLIE M. MORONEY, as Conservator of the Person and Estate of DOROTHEA BACON, and Does 1-100<br><br>Defendant. | Case No. C-06-4308( PJH)<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES**<br><br>Complaint Filed: July 13, 2006<br>Trial Date: None Set |

This Stipulation is made with reference to the following facts:

1. A Case Management Conference is scheduled for October 19, 2006, at 2:30 p.m. in this action;

2. The disclosures required by Rule 26(a) of the Federal Rules of Civil Procedure are currently due on or before October 12, 2006;

3. Defendant Dorothea Bacon, an individual, by and through Mollie M. Moroney, as Conservator of the Person and Estate of Dorothea Bacon, filed a Motion to Dismiss Plaintiff AIG Annuity Insurance Company's First Amended Complaint, and Motion to Strike

1

1  Portions of the First Amended Complaint, and that motion is currently set for hearing on October
2  25, 2006, at 9:00 a.m.
3      4.    The parties have agreed that the Case Management Conference and Rule
4  26(a) disclosures may be deferred until after the Court rules on the pending motion to dismiss
5  and motion to strike.
6      5.    Accordingly, the parties, through their respective attorneys of record,
7  stipulate as follows:
8      a.    The Case Management Conference currently set for October 19,
9  2006, may be continued to November 16, 2006 at 2:30 p.m., or to a date convenient to the Court
10 after the Court rules on defendant's motion to dismiss and motion to strike.
11     b.    The disclosures required by Rule 26(a) of the Federal Rules of
12 Civil Procedure may be continued to a date based upon the continued date of the Case
13 Management Conference, or such later date as ordered by the Court.

14 Dated: September 27, 2006    RENNE SLOAN HOLTZMAN & SAKAI, LLP

16     By /s/ Ingrid M. Evans
    Ingrid Evans
17     Attorneys for Defendant

18 Dated: September 27, 2006    MORRISON & FOERSTER LLP

20     By /s/ Rebecca Kruse
    Rebecca Kruse
    Attorneys for Plaintiff
21     AIG Annuity Insurance Company

23     I hereby attest that I have on file all holograph signatures for any signatures indicated by a
24 "conformed" signature (/s/) within this e-filed document.
25     /s/ Ingrid M. Evans

2

AIGA v. Bacon, Case No. C-06-4308( PJH)
Stipulation and [Proposed] Order Continuing Case Management Conference

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

\* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

IT IS SO ORDERED that the Case Management Conference set on October 19, 2006, is continued to November 16, 2006 at 2:30 p.m. and disclosures required by Rule 26(a) of the Federal Rules of Civil Procedure are to be exchanged in accordance with Rule 26.

Dated: 9/28/06

_____
PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED*
[signature]
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3

AIGA v. Bacon, Case No. C-06-4308( PJH)
Stipulation and [Proposed] Order Continuing Case Management Conference