RENNE SLOAN HOLTZMAN & SAKAI, LLP
LOUISE H. RENNE (36508)
lrenne@publiclawgroup.com
INGRID M. EVANS (179094)
ievans@publiclawgroup.com
DAVID L. CHENG (240926)
dcheng@publiclawgroup.com
50 California Street, Suite 2100
San Francisco, CA  94111-4624
Telephone: 415/678-3800
415/678-3838 (fax)

Attorneys for Defendant Dorothea Bacon, by and through
Mollie M. Moroney, as Conservator of the Person and
Estate of Dorothea Bacon

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIG ANNUITY INSURANCE COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>DOROTHEA BACON, an individual, by and through MOLLIE M. MORONEY, as Conservator of the Person and Estate of DOROTHEA BACON,<br><br>Defendant. | Case No. C-06-4308( PJH)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION TO DISMISS**  TO DECEMBER 6, 2006<br><br>Complaint Filed: July 13, 2006<br>Trial Date: None Set |

This Stipulation is made with reference to the following facts:

1. The parties are in the process of conferring regarding informal resolution of AIG Annuity Insurance Company's dispute with Mrs. Bacon.

2. Accordingly, the parties, through their respective attorneys of record, stipulate as follows:

The hearing on Defendant's Motion to Dismiss Plaintiff AIG Annuity Insurance Company's First Amended Complaint; and Motion to Strike Portions of the First Amended Complaint, currently set for November 8, 2006, may be continued on December 13, 2006 at 9:00 a.m.

1

Dated: October 23, 2006          RENNE SLOAN HOLTZMAN & SAKAI, LLP

By /s/ Ingrid M. Evans
    Ingrid Evans
    Attorneys for Defendant
    Dorothea Bacon, by and through
    Mollie M. Moroney, as Conservator of the Person and
    Estate of Dorothea Bacon

Dated: October 23, 2006          MORRISON & FOERSTER LLP

By /s/ Rebecca Kruse
    Rebecca Kruse
    Attorneys for Plaintiff
    AIG Annuity Insurance Company

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

/s/ Ingrid M. Evans

\* \* \* \* \* \* \* \* \* \* \*

# ORDER

IT IS SO ORDERED that Defendant's Motion to Dismiss Plaintiff AIG Annuity Insurance Company's First Amended Complaint; and Motion to Strike Portions of the First Amended Complaint, set for hearing on November 8, 2006, is continued to December 6, 2006 at 9:00 a.m.

Dated: 10/24/06

PHYLLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton