JACK W. LONDEN (CA SBN 85776)
TODD L. BURLINGAME (CA SBN 126601)
REBECCA KRUSE (CA SBN 209092)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
jlonden@mofo.com
tburlingame@mofo.com
rkruse@mofo.com

Attorneys for Plaintiff
AIG ANNUITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIG ANNUITY INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>     v.<br><br>DOROTHEA BACON, an individual, by and through MOLLIE M. MORONEY, as Conservator of the Person and Estate of DOROTHEA BACON, and DOES 1-100,<br><br>           Defendant. | Case No.   C-06-4308 (PJH)<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:  July 13, 2006<br>Trial Date:  None Set |

Stipulation and [Proposed] Order Continuing Case Management Conference
C-06-4308 (PJH)
sf-2215179

This Stipulation is made with reference to the following facts:

1. There is a Case Management Conference in the above-referenced action currently scheduled for November 16, 2006.

2. The parties are in the process of conferring regarding informal resolution of AIG Annuity Insurance Company's dispute with Mrs. Bacon.

3. Accordingly, the parties, through their respective attorneys of record, stipulate as follows:

The Case Management Conference currently scheduled for November 16, 2006 may be continued on December 14, 2006 at 2:30 p.m.

Dated: October 24, 2006         MORRISON & FOERSTER LLP

                                By  /s/ Rebecca. Kruse
                                    Rebecca Kruse
                                    Attorneys for Plaintiff

Dated: October 24, 2006         RENNE SLOAN HOLTZMAN & SAKAI, LLP

                                By  /s/ David L. Cheng
                                    David L. Cheng
                                    Attorneys for Defendant
                                    Dorothea Bacon, by and through Mollie M. Moroney,
                                    as Conservator of the Person and Estate of Dorothea
                                    Bacon

I hereby attest that I have on file all holograph signatures for any signatures indicated by "conformed" signature (/s/) within this e-filed document.

                                         /s/ Rebecca. Kruse

\* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

IT IS SO ORDERED that the Case Management Conference currently scheduled for November 16, 2006 is continued to December 14, 2006 at 2:30 p.m.

Dated: October __26__, 2006         _____
NO FURTHER CONTINUANCES WILL BE     PHYLLIS J. HAMILTON
PERMITTED.                          United States District Judge

Stipulation and [Proposed] Order Continuing Case Management Conference
C-06-4308 (PJH)
sf-2215179