JACK W. LONDEN (BAR NO. 85776)
TODD L. BURLINGAME (BAR NO. 126601)
REBECCA KRUSE (BAR NO. 209092)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
*jlonden@mofo.com*
*tburlingame@mofo.com*
*rkruse@mofo.com*

Attorneys for Plaintiff
AIG ANNUITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIG ANNUITY INSURANCE COMPANY, | Case No.   C-06-4308 PJH |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** |
| v. | |
| DOROTHEA BACON, an individual, by and through MOLLIE M. MORONEY, as Conservator of the Person and Estate of DOROTHEA BACON, | |
| Defendant. | Honorable Phyllis J. Hamilton |

This Stipulation is made with reference to the following facts:

1. The parties have reached an informal resolution of AIG Annuity Insurance Company's dispute with Mrs. Bacon.

2. The parties expect to formalize settlement upon approval by the San Mateo Superior Court, Probate Department, which is set for hearing with that court on December 6, 2006.

3. In light of the informal settlement, the parties believe that judicial and party resources would be best served by continuing both the hearing date on Defendant's Motion to Dismiss and the Case Management Conference and preceding Rule 26 obligations.

4. Accordingly, the parties, through their respective attorneys of record, stipulate as follows:

The hearing on Defendant's Motion to Dismiss Plaintiff AIG Annuity Insurance Company's First Amended Complaint; and Motion to Strike Portions of the First Amended Complaint, currently set for December 6, 2006, may be continued to January 17, 2007 at 9:00 a.m.

The parties are mindful that the Court has stated that it will not permit a further continuance of the Case Management Conference.  However, in light of the parties' informal settlement, the parties ask to continue the Case Management Conference to January 4, 2007 at 2:30 p.m. to allow the San Mateo Probate Court to approve the settlement in advance of the parties' Rule 26 obligations.

Dated:  November 9, 2006     RENNE SLOAN HOLTZMAN & SAKAI, LLP

By   /s/ Ingrid Evans
    Ingrid Evans
    Attorneys for Defendant
    Dorothea Bacon, by and through
    Mollie M. Moroney, as Conservator of the Person and
    Estate of Dorothea Bacon

Dated:  November 9, 2006     MORRISON & FOERSTER LLP

By   /s/ Rebecca Kruse
    Rebecca Kruse
    Attorneys for Plaintiff
    AIG Annuity Insurance Company

1

STIPULATION AND [PROPOSED] ORDER
Case No. C-06-4308 PJH
sf-2224381

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

       /s/ Rebecca Kruse
       Rebecca Kruse

* * * * * * * * * *

**O R D E R**

IT IS SO ORDERED that

1. Defendant's Motion to Dismiss Plaintiff AIG Annuity Insurance Company's First Amended Complaint; and Motion to Strike Portions of the First Amended Complaint, set for hearing on December 6, 2006, is continued to January 17, 2007 at 9:00 a.m.

2. The Case Management Conference currently scheduled for December 14, 2006 is continued to January 4, 2007 at 2:30 p.m. A joint case management conference statement shall be filed by December 28, 2006.

Dated: 11/14/06

PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
[Seal: United States District Court, Northern District of California]