JACK W. LONDEN (BAR NO. 85776)
TODD L. BURLINGAME (BAR NO. 126601)
REBECCA KRUSE (BAR NO. 209092)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522
*jlonden@mofo.com*
*tburlingame@mofo.com*
*rkruse@mofo.com*

Attorneys for Plaintiff
AIG ANNUITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIG ANNUITY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>DOROTHEA BACON, an individual, by and through MOLLIE M. MORONEY, as Conservator of the Person and Estate of DOROTHEA BACON,<br><br>    Defendant. | Case No.   C-06-4308-JCS<br><br>**NOTICE OF DISMISSAL** AND ORDER<br><br>(Fed. R. Civ. P. 41(a)(1))<br><br>Action Filed: July 13, 2006 |

1  PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1) Plaintiff
2  AIG ANNUITY INSURANCE COMPANY hereby dismisses this action in its entirety, with
3  prejudice.  Pursuant to an agreement by the parties, each party will bear his and/or her own attorneys'
4  fees and costs.

Dated:  December 28, 2006

JACK W. LONDEN
TODD L. BURLINGAME
REBECCA KRUSE
MORRISON & FOERSTER LLP

By:  _____/s/_____
     Todd L. Burlingame

     Attorneys for Plaintiff AIG ANNUITY
     INSURANCE COMPANY

12/29/06

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF DISMISSAL
CASE NO. C-06-4308-JCS
wc-127238

1